IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HOUSTON, III,

        Plaintiff,                                      No. CIV S-09-2518 GEB KJM PS

    vs.

FEDERAL HOME LOAN MORTGAGE CORP, et al.,

        Defendants.                                  <u>ORDER</u>

/

        Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. Plaintiff shall obtain one USM-285 form for each defendant named in the complaint, one summons for each defendant and an instruction sheet.  Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

3. Within thirty days from the date of this order, plaintiff shall submit to the United States Marshal the documents listed below and file a statement with the court that said documents have been submitted to the United States Marshal:

    a. One completed summons for each defendant named in the complaint;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Four copies of the complaint filed September 9, 2009.

4. The United States Marshal is directed to serve all process pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs. Plaintiff is cautioned that this action may be dismissed if service of process is not accomplished within 120 days from the date that the complaint is filed. See Fed. R. Civ. P. 4(m).

5. The Clerk of Court is directed to serve a copy of this order on the United States Marshal.

6. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: September 24, 2009.

_____
U.S. MAGISTRATE JUDGE

006
houston.ifp-usm

2