IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. HOUSTON, III,

    Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; AURORA LOAN SERVICES LLC,

    Defendants.
_____/

No. 2:09-cv-02518 GEB KJN

ORDER TO SHOW CAUSE

    Plaintiff had proceeded without counsel and in forma pauperis in this action, and dismissed this action with prejudice. (Dkt. Nos. 15 (plaintiff's request for dismissal), 16 (dismissal entered February 25, 2010).) The United States Marshals Service, Civil Division ("Marshal") has requested reimbursement of its expenses incurred in connection with its personal service on defendant Aurora Loan Services LLC ("Aurora"). (Dkt. No. 18.)

    Upon granting plaintiff's application to proceed in forma pauperis, the court ordered the Marshal to serve process on the defendants in this action, including Aurora, pursuant to Federal Rule of Civil Procedure 4 and without the prepayment of costs. (Dkt. No. 7 at 2.)

    On March 5, 2010, the Marshal filed its request for reimbursement of service fees,

along with form USM-285, Process Receipt and Return. (Dkt. No. 17.) The form USM-285 indicates that the Marshal mailed a waiver of service to Aurora's agent for service of process on October 19, 2009, and that Aurora did not respond or return an executed waiver. (See Dkt. No. 17.) As a result, the Marshal effectuated personal service on Aurora on February 1, 2010. (Id.) The Marshal has indicated that it incurred a total of $63.50 in costs related to personal service on Aurora. (Id.)

The Marshal is entitled to the costs sought. Federal Rule of Civil Procedure 4(d) provides, in relevant part:

> **(d) Waiving Service.**
>
> **(1) Requesting a Waiver.** An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. . . .
>
> **(2) Failure to Waive.** If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
>
>    **(A)** the expenses later incurred in making service; and
>
>    **(B)** the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Fed. R. Civ. P. 4(d)(1), (2).

The undersigned finds that defendant Aurora was given an opportunity to waive service as provided in Rule 4(d)(2), but failed to do so. Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of service of this order, defendant Aurora Loan Services LLC shall either pay to the United States Marshals Service the sum of $63.50 or, alternatively, file with the court a written statement showing good cause for failing to waive service.

////

2. The Clerk of Court shall serve a copy of this order on the United States Marshals Service.

**IT IS SO ORDERED.**

DATED: March 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE